## 13136. EHRLICH v. JONES.

JENKINS, P. J. 1. It cannot be said that the jury were altogether unauthorized to find from the evidence, as adduced on this, the second, trial, that one of the bales of cotton levied on was raised by the defendant in fi. fa. on the premises of his landlord, the plaintiff. See *Ehrlich* v. *Jones*, 26 *Ga. App.* 101 (2) (105 S. E. 495).

2. The charge of the court made it perfectly clear and plain that the cotton must have been raised by the defendant in fi. fa. on premises rented from the plaintiff. The instruction relative to the alleged payment of the rent by the defendant in fi. fa. was sufficiently explicit to meet the evidence as actually offered.

*Judgment affirmed. Stephens, J., concurs.*
DECIDED JULY 24, 1922.

Claim; from city court of Swainsboro — Judge Kirkland. November 8, 1921.

*T. N. Brown,* for plaintiff in error.

*Herrington & Durden,* contra.

---

## 13193. SWAFFORD v. KEATON et al.

JENKINS, P. J. This action was previously before this court on exceptions to the dismissal of the petition on general demurrer. The judgment of the trial court was reversed, and the law governing a suit of this character was formulated in that decision. *Swafford* v. *Keaton*, 23 *Ga. App.* 238 (98 S. E. 122). Subsequently, on the trial, the jury rendered a verdict in favor of the defendants. *Held:*

1. The jury were authorized to find under the evidence that the defendants were acting in good faith in making and presenting the charges complained of.

2. The case was fairly tried in accordance with the rules previously laid down as the law of the case. The special grounds of the motion are without merit. As was held in the former decision, courts of law must not and cannot seek to disturb, alter, or interfere with judgments rendered in the trial of matters relating to church doctrines or discipline, but the member concerned is bound by the decisions of the tribunal fixed by the organization to which he belongs.

*Judgment affirmed. Stephens, J., concurs.*
DECIDED JULY 24, 1922.

Action for damages; from Douglas superior court — Judge Irwin. October 4, 1921.

*J. S. James,* for plaintiff.

*J. R. Hutcheson, Astor Merritt,* for defendants.